Decided October 10, 2007

## GORDON COLE *v.* COMMISSIONER OF CORRECTION

The petitioner Gordon Cole's petition for certification for appeal from the Appellate Court, 102 Conn. App. 595 (AC 27227/AC 27228), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Deborah G. Stevenson,* special public defender, in support of the petition.

Decided October 10, 2007